CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

FEB 2 7 2015
for Roanoke

JULIA C. DUDLEY, CLERK
BY: C. ANOS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CARL GORDON,<br>    Plaintiff, | ) Civil Action No. 7:15-cv-00058<br>)<br>) **MEMORANDUM OPINION** |
| v. | )<br>) By:   Norman K. Moon |
| GREGORY HOLLOWAY, <u>et al</u>,<br>    Defendant(s). | ) United States District Judge<br>) |

Carl D. Gordon, proceeding <u>pro se</u>, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered February 10, 2015, the court directed plaintiff to submit within 10 days from the date of the Order the signed Consent to withholding of fees form. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 27th day of February, 2015.

                                                            /s/ Norman K. Moon
                                                            United States District Judge