CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

FEB 2 7 2015
For Roanoke
JULIA C. DUDLEY, CLERK
BY: C. Nuo
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CARL D. GORDON, ) | |
| Plaintiff, ) | Civil Action No. 7:15-cv-00058 |
| ) | |
| v. ) | **DISMISSAL ORDER** |
| ) | |
| GREGORY HOLLOWAY, <u>et al</u>, ) | By: Norman K. Moon |
| Defendant(s). ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 27th day of February, 2015.

_____
United States District Judge