IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CARL D. GORDON, | ) CASE NO. 7:15CV00058 |
| Plaintiff, | ) |
| v. | ) FINAL ORDER |
| GREGORY HOLLOWAY, ET AL., | ) By: Norman K. Moon |
| Defendant(s). | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This  22nd  day of June, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE