IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Roanoke Division

CARL D. GORDON, #1014456,

    Plaintiff,

v.                                  CIVIL ACTION NO. 7:15-cv-00058

GREGORY HOLLOWAY, et al.

    Defendants.

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the following Defendant(s):

        **Gregory Holloway; David W. Zook; George Hinkle; Dennis Collins; Robert H. Bivens; John Combs and B. J. Ravizee**

    I certify that I am admitted to practice in this Court.

August 4, 2015

                                  Respectfully submitted,

                                  GREGORY HOLLOWAY; DAVID W. ZOOK;
                                GEORGE HINKLE; DENNIS COLLINS;
                                ROBERT H. BIVENS; JOHN COMBS AND
                                B. J. RAVIZEE

                        By:    s/ Nancy Hull Davidson
                                Nancy Hull Davidson, AAG, VSB #85536
                                Criminal Justice and Public Safety Division
                                Office of the Attorney General
                                900 East Main Street
                                Richmond, Virginia 23219
                                804-692-0551
                                804-786-4239 (Fax)
                                E-mail: ndavidson@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day August, 2015, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: N/A, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: Carl D. Gordon, #1014456, Wallens Ridge State Prison, P.O. Box 759, Big Stone Gap, VA 24219.

s/ Nancy Hull Davidson
Nancy Hull Davidson, AAG, VSB #85536
Criminal Justice and Public Safety Division
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
804-692-0551
804-786-4239 (Fax)
E-mail: ndavidson@oag.state.va.us