## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **CARL D. GORDON,** | ) | |
| **Plaintiff,** | ) | Civil Action No. 7:15cv00058 |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **GREGORY HOLLOWAY,** *et al.*, | ) | **By: Robert S. Ballou** |
| **Defendants.** | ) | **United States Magistrate Judge** |

By previous motion, defendants asked the court to stay this matter pending a decision on the same issues by the Circuit Court for Wise County, Virginia. *See* Docket No. 29. Upon consideration of that motion, it is hereby **ORDERED** that defendants shall **FILE** within ten days an update with the court to advise the court as to the current status of the case proceeding in state court.

The Clerk is directed to send a copy of this order to the parties.

Enter: March 10, 2016

*/s/ Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge