IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CARL D. GORDON, | ) | |
| Plaintiff, | ) | Civil Action No. 7:15cv00058 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GREGORY HOLLOWAY, *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

By order entered March 18, 2016, I stayed this matter pending a decision by the Circuit Court for Wise County, Virginia on the same issues presented in this case and directed the defendants to notify the court within fourteen days of the resolution of the state court proceeding. Defendants have responded and advise me that the state court proceeding was dismissed on Gordon's motion to voluntarily dismiss. Accordingly, it is hereby **ORDERED** that the stay is now **LIFTED**; Gordon's motion concerning the stay (Docket No. 42) is **DISMISSED** as moot; Gordon's motion for an extension of time to respond (Docket No. 44) is **DISMISSED** without prejudice because no response is currently due from him; and pursuant to Standing Order No. 2013-6, defendants are **DIRECTED** to **FILE** a motion for summary judgment supported by affidavits in the above referenced matter within thirty days of the entry of this order.

The Clerk is directed to send a copy of this order to the parties.

ENTER: This __8th__ day of August, 2016.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE