# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### Roanoke Division

CARL D. GORDON, #1014456

    Plaintiff,

v.                                            CASE NO. 7:15-cv-00058

GREGORY HOLLOWAY, *et al.*,

    Defendants.

### **NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the following Defendants:

    **G. Holloway, D.W. Zook, G. Hinkle, D. Collins, R.H. Bivens, J. Combs, B.J. Ravizee**

    I certify that I am admitted to practice in this Court.

<u>December 28, 2017</u>
Date

                                        Respectfully submitted,

                                        G. HOLLOWAY, D.W. ZOOK, G. HINKLE, D. COLLINS, R.H. BIVENS, J. COMBS and B.J. RAVIZEE

                       By:    s/ Richard C. Vorhis
                                   Richard C. Vorhis, SAAG, VSB #23170
                                   Attorney for named Defendants
                                   Criminal Justice & Public Safety Division
                                   Office of the Attorney General
                                   202 North 9th Street
                                   Richmond, Virginia 23219
                                   (804) 786-4805
                                   (804) 786-4239 (Fax)
                                   Email: rvohirs@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, 2017, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF participants: N/A, and I hereby certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participant: Carl D. Gordon,#1014456, Red Onion State Prison, P.O. Box 1900, Pound, VA 24279.

By: s/ Richard C. Vorhis
Richard C. Vorhis, SAAG, VSB #23170
Attorney for Defendants
Criminal Justice & Public Safety Division
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 786-4805
(804) 786-4239 (Fax)
Email: rvorhis@oag.state.va.us