FILED: September 9, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-7032
(7:15-cv-00058-NKM-JCH)

_____

CARL D. GORDON

       Plaintiff - Appellant

v.

GREGORY HOLLOWAY, Former Warden of Wallens Ridge State Prison; DAVID W. ZOOK, Former Assistant Warden of Wallens Ridge State Prison; GEORGE HINKLE, Regional Administrator for the Western Region of Virginia Department of Corrections; DENNIS COLLINS, Unit Manager of D-Building at Wallens Ridge State Prison; ROBERT H. BIVENS, Regional Ombudsman for the Western Region of the Virginia Department of Corrections; JOHN COMBS, Assistant Warden of Wallens Ridge State Prison; B. J. RAVIZEE, Institutional Ombudsman at Wallens Ridge State Prison

       Defendants - Appellees

_____

O R D E R

_____

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk