FILED: September 9, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-7032
(7:15-cv-00058-NKM-JCH)

_____

CARL D. GORDON

        Plaintiff - Appellant

v.

GREGORY HOLLOWAY, Former Warden of Wallens Ridge State Prison; DAVID W. ZOOK, Former Assistant Warden of Wallens Ridge State Prison; GEORGE HINKLE, Regional Administrator for the Western Region of Virginia Department of Corrections; DENNIS COLLINS, Unit Manager of D-Building at Wallens Ridge State Prison; ROBERT H. BIVENS, Regional Ombudsman for the Western Region of the Virginia Department of Corrections; JOHN COMBS, Assistant Warden of Wallens Ridge State Prison; B. J. RAVIZEE, Institutional Ombudsman at Wallens Ridge State Prison

        Defendants - Appellees

_____

RULE 45 MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*